UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, et al.,<br><br>           Plaintiffs,<br><br>      vs.<br><br>QTRAX, INC., a Delaware corporation, et al.,<br><br>           Defendants. | Case No:  C 09-3334 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Defendant has submitted a pro se request to enlarge its time to file a response to the complaint and to extend the deadlines set in the Court's Order Setting Initial Case Management Conference and Deadlines (Docket 2) by 45 days.  Defendant requests this extension in order to afford them sufficient time to retain counsel to represent them in this action.  Although Defendant attempted to meet and confer regarding the proposed extension, Plaintiff's counsel apparently failed to respond to such efforts.  In the interests of justice, the Court will grant the requested enlargement of time to permit Defendant to retain counsel.  However, Defendant should be aware that "a corporation may appear in the federal courts only through licensed counsel."  <u>Rowland v. California Men's Colony</u>, 506 U.S. 194, 201-02 (1993).  As such, Defendant's appearance in this action must be made through an attorney.  Accordingly,

   IT IS HEREBY ORDERED THAT the initial Case Management Conference previously scheduled for October 29, 2009 is CONTINUED to **December 17, 2009 at 3:00 p.m.**  The deadlines set forth in the Court's Order Setting Initial Case Management Conference and Deadlines are extended by 45 days.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10)

1 | days prior to the Case Management Conference that complies with the Standing Order for All
2 | Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall
3 | be responsible for filing the statement as well as for arranging the conference call.  All parties shall
4 | be on the line and shall call (510) 637-3559 at the above indicated date and time.
5 |     IT IS SO ORDERED.
6 | Dated:  September 21, 2009
                                                                                                SAUNDRA BROWN ARMSTRONG
7 |                                                                                                 United States District Judge