UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>QTRAX, INC., a Delaware corporation, and DOES 1 throug 10, inclusive,<br><br>Defendants. | Case No: C 09-3334 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR DEFAULT JUDGMENT AND REFERRING MOTION FOR REPORT AND RECOMMENDATION** |

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file its motion for default judgment within 30 days of the date this Order is filed.

2. Plaintiff's motion for default judgment is REFERRED to the Chief Magistrate Judge or her designee for a Report and Recommendation on the motion.

3. The Case Management Conference scheduled for February 11, 2010 is CONTINUED to **April 14, 2010 at 2:45 p.m.** The parties shall file a Joint CMC Statement no later than ten (10) days prior to the CMC that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: February 10, 2010

SAUNDRA BROWN ARMSTRONG
United States District Judge