UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, INC., a Colorado Corporation, and ORACLE INTERNATIONAL CORP., a California Corp.,<br><br>    Plaintiff(s),<br><br>v.<br><br>QTRAX, INC., a Delaware Corp., and DOES 1 through 10, inclusive,<br><br>    Defendant(s). | No. C09-3334 SBA (BZ)<br><br>**ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiffs' motion for default judgment is set for **Wednesday, MAY 5, 2010**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Claims for attorneys' fees should be supported by billing records. Compliance with 50 App. U.S.C. § 501 et seq. of the

1

Servicemembers' Civil Relief Act may not be satisfied on information and belief.  See 50 App. U.S.C. § 521(b)(1); United States v. Simmons, 508 F.Supp. 552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. § 520(1), predecessor to 50 App. U.S.C. § 521(b)(1)).  The public website https://www.dmdc.osd.mil/scra/owa/home will provide the current active military status of an individual and has instructions on obtaining certificates of service or non-service under the Servicemembers' Civil Relief Act.  Plaintiffs also bear the burden of providing admissible evidence that individual defendants are not infants or incompetent persons.  See Rule 55(b)(2).

Plaintiffs should be prepared to prove their damages by competent testimony or other admissible evidence.  If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal knowledge of all matters to which she testifies.  For all evidence, proper foundations must be established.  For an explanation of the evidentiary requirements for proving damages in a default case, the parties are encouraged to consult Chapter Six of Civil Procedure Before Trial by William W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

Defendant should attend the hearing if it contests the validity or amount of plaintiffs' claim.  Seven days before the hearing, on **Wednesday, APRIL 28, 2010**, plaintiffs shall file a declaration setting forth in detail all steps taken to serve defendant with notice of this hearing.

**IT IS FURTHER ORDERED** that plaintiffs shall submit a list

of proposed witnesses and an estimate of the time required for testimony by **APRIL 19, 2010.** The hearing scheduled for **APRIL 21, 2010** is **VACATED.**

Dated: March 16, 2010

                                 Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-REFS\ORACLE V. QTRAX\DEF SCHED ORD.wpd