GARY R. GLEASON (SB# 136167)
MARGARET A. BURTON (SB#193386)
FARBSTEIN & BLACKMAN
A Professional Corporation
411 Borel Avenue, Suite 425
San Mateo, California 94402-3518
Telephone: (650) 554-6200
Facsimile:   (650) 554-6240
grg@farbstein.com
pab@farbstein.com

DEBORAH KAY MILLER (SB #95527)
ROBERT L. McKAGUE  (SB#187461)
ORACLE USA, INC.
500 Oracle Parkway
Redwood City, California  94065
Telephone: (650) 506-5200
Facsimile:   (650) 506-7114
deborah.miller@oracle.com
bob.mckague@oracle.com

Attorneys for Plaintiffs
ORACLE USA, INC. and
ORACLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>QTRAX, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 4:09-cv-03334-SBA<br><br>**STIPULATION TO CONTINUE DEADLINE FOR FILING OPPOSITION & REPLY BRIEFS RE: QTRAX'S MOTION TO SET ASIDE DEFAULT**<br><br>Date:          June 29, 2010<br>Time: 1:00 p.m.<br>Courtroom:    3<br><br>Filed:  July 21, 2009 |

1

STIP. TO CONT.  DEADLINE
FOR FILING OPP. & REPLY BRIEFS
RE: QTRAX'S MOTION TO SET ASIDE DEFAULT

**RECITALS**

WHEREAS Counsel for ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION ("Oracle") has suffered a personal loss during the last week, the details of which he is willing to discuss with the Court in camera, or on a conference call with the Court and opposing counsel;

WHEREAS this has impacted the preparation of Oracle's opposition to defendant QTRAX, INC. ("Qtrax") Motion to Set Aside Default; and

WHEREAS Counsel for Qtrax is amenable to extending the time to file the Opposition to the motion

IT IS HEREBY STIPULATED:

1. That the parties will request that the opposition deadline be extended to and including Friday June 11, 2010;

2. That the parties will request that the deadline for the reply be extended to Friday June 18, 2010; and

3. That the parties will request that the hearing date will remain set for June 29, 2010 at 1:00 p.m.

DATED:   June 7, 2010         FARBSTEIN & BLACKMAN
                              A Professional Corporation

                              By_____/s/_____
                                   Gary R. Gleason
                                   Attorneys for Plaintiffs
                                   ORACLE USA, INC and
                                   ORACLE INTERNATIONAL
                                   CORPORATION


DATED:   June 7, 2010         TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

                              By_____/s/_____
                                   Daphne C. Lin
                                   Attorneys for Defendant
                                   QTRAX, INC

## ORDER

Having considered the attached stipulation to continue the deadlines for filing briefs in relation to defendant QTRAX, INC.'s Motion to Set Aside Default, and good cause therefrom appearing,

IT IS HEREBY ORDERED:

1. That the opposition deadline be extended to and including Friday June 11, 2010 ];

2. That the deadline for the reply be extended to Friday June 18, 2010 ; and

3. That hearing date remains set for June 29, 2010 at 1:00 p.m.

Dated: _6/9/10

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. TO CONT. DEADLINE
FOR FILING OPP. & REPLY BRIEFS
RE: QTRAX'S MOTION TO SET ASIDE DEFAULT