1  GARY R. GLEASON (SB# 136167)
   MARGARET A. BURTON (SB#193386)
2  FARBSTEIN & BLACKMAN
   A Professional Corporation
3  411 Borel Avenue, Suite 425
   San Mateo, California  94402-3518
4  Telephone: (650) 554-6200
   Facsimile:   (650) 554-6240
5  grg@farbstein.com
   pab@farbstein.com
6

7  DEBORAH KAY MILLER (SB #95527)
   ROBERT L. McKAGUE  (SB#187461)
8  ORACLE USA, INC.
   500 Oracle Parkway
9  Redwood City, California  94065
   Telephone: (650) 506-5200
10 Facsimile:   (650) 506-7114
   deborah.miller@oracle.com
11 bob.mckague@oracle.com

12 Attorneys for Plaintiffs
   ORACLE USA, INC. and
13 ORACLE INTERNATIONAL CORPORATION

14

15                          UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA-OAKLAND DIVISION

17
                                                )
18                                              )  CASE NO. 4:09-cv-03334-SBA
   ORACLE USA, INC., a Colorado corporation,    )
19 and ORACLE INTERNATIONAL                     )
   CORPORATION, a California corporation,       )
20                                              )  **SECOND STIPULATION TO**
                                                )  **CONTINUE  DEADLINE FOR**
21             Plaintiffs,                      )  **FILING OPPOSITION & REPLY**
                                                )  **BRIEFS RE:  QTRAX'S MOTION**
22 vs.                                          )  **TO SET ASIDE DEFAULT**
                                                )
23 QTRAX, INC., a Delaware corporation, and     )   Date:         June 29, 2010
   DOES 1 through 10, inclusive,                )   Time: 1:00 p.m.
24                                              )   Courtroom:    3
               Defendants.                      )
25 _____         )   Filed:  July 21, 2009
                                                )
26

27

28

                                        1
                                                    _____
                                                             STIP. TO CONT.  DEADLINE
                                                        FOR FILING OPP. & REPLY BRIEFS
                                                    RE: QTRAX'S MOTION TO SET ASIDE DEFAULT

## **RECITALS**

WHEREAS Counsel for ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION ("Oracle") had suffered a personal loss during two weeks ago;

WHEREAS this has impacted the preparation of Oracle's opposition to defendant QTRAX, INC. ("Qtrax") Motion to Set Aside Default;

WHEREAS in pressing to get this brief and other matters taken caught up to date, counsel worked last week to prepare the opposition in this matter;

WHEREAS, as the opposition papers were being finalized for filing on Friday, June 11, 2010 pursuant to the Court's extension of time, but were contaminated by a macro virus while tables of contents and authorities were being created, and had to be completely re-created;

WHEREAS Counsel for Qtrax is amenable to extending the time to file the Opposition to the motion; and

WHEREAS the moving and opposition briefs are relatively short (6 pages and approximately 12 pages, respectively)

IT IS HEREBY STIPULATED:

1. That the parties will request that the opposition deadline be extended to and including Wednesday, June 16, 2010;

2. That the parties will request that the deadline for the reply be extended to Friday June 25, 2010; and

\ \ \

\ \ \

\ \ \

3. That the parties will request that the hearing date will remain set for June 29, 2010 at 1:00 p.m. or to a date as near thereto as possible.

1
2
3   DATED:      June 7, 2010           FARBSTEIN & BLACKMAN
4                                             A Professional Corporation
5
                                        By_____/s/_____
6                                             Gary R. Gleason
                                              Attorneys for Plaintiffs
7                                             ORACLE USA, INC and
                                              ORACLE INTERNATIONAL
8                                             CORPORATION
9
10
11
    DATED:      June 7, 2010           TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
12
13
                                        By_____/s/_____
14                                            Daphne C. Lin
                                              Attorneys for Defendant
15                                            QTRAX, INC
16
17
18
19
20
21
22
23
24
25
26
27
28

3
          _____
          STIP. TO CONT.  DEADLINE
          FOR FILING OPP. & REPLY BRIEFS
          RE: QTRAX'S MOTION TO SET ASIDE DEFAULT

# ORDER

Having considered the attached stipulation to continue the deadlines for filing briefs in relation to defendant QTRAX, INC.'s Motion to Set Aside Default, and good cause therefrom appearing,

IT IS HEREBY ORDERED:

1. That the opposition deadline is extended to and including Wednesday, **June 16, 2010**;

2. That the deadline for the reply be extended to Friday, **June 25, 2010**.

3. The hearing on the motion *and* the case management conference currently scheduled for June 29, 2010 are CONTINUED to **July 14, 2010 at 2:00 p.m.** Pursuant to Federal Rule of Civil Procedure 78(b), the Court may resolve the motion without oral argument. The parties are advised the check the Court's website to determine whether an appearance on the motion and case management conference is required.

IT IS SO ORDERED.

Dated: 6/17/10

*/s/ Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge