UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE USA, INC., a Colorado Corporation, and ORACLE INTERNATIONAL CORP., a California Corp.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>QTRAX, INC., a Delaware Corp., and DOES 1 through 10, inclusive,<br><br>    Defendant(s). | No. C09-3334 SBA (BZ)<br><br>**SCHEDULING ORDER** |

In light of the continuance of the motion to set aside the default, **IT IS ORDERED** that the hearing on the motion for default judgment scheduled for **July 7, 2010** is **CONTINUED** to **August 11, 2010**.

Dated: June 18, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ORACLE V. QTRAX\SCHED ORD.wpd

1