UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>QTRAX, INC., a Delaware corporation, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No: C 09-3334 SBA (BZ)<br><br>**JUDGMENT** |

In accordance with the Court's Order Accepting Report and Recommendation,

IT IS HEREBY ORDERED THAT:

1.      Judgment is entered in favor of Plaintiffs Oracle USA, Inc., and Oracle International Corporation against Defendant Qtrax, Inc., in the amount of $1,883,591.55 in compensatory damages, along with prejudgment interest at a simple interest rate of 7% per year from the date of Judgment.  Plaintiffs shall be required to pay the sales tax, or a prorated portion of the sales tax, each time they receive any payment from Defendant.

2.      Defendant Qtrax, Inc., and its officers, agents, servants, employees, partners, subsidiaries, and attorneys, and all persons acting in concert with any one or more of them, or on their respective behalf, are permanently restrained and enjoined from using, copying, or otherwise exploiting or infringing Plaintiffs' copyrighted programs; and Defendant shall immediately return to Plaintiffs all copies of Plaintiffs' copyrighted programs that Defendant has in its possession, custody, or control.  The injunctive relief afforded under this Order is stayed for forty-five (45) days from the date this order is filed to provide the parties with an

1 | opportunity to reach an agreement with respect to the outstanding debt or Defendant's
2 | continued use of Plaintiffs' copyrighted programs.
3 |     IT IS SO ORDERED.
4 | Dated: October 13, 2011

                                                                    *Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge