GARY R. GLEASON (SBN 136167)
ggleason@micleangleason.com
MICLEAN GLEASON LLP
100 MARINE PARKWAY, SUITE 310
REDWOOD SHORES, CA 94065
TEL: (650) 684-1181
Fax: (650) 684-1182

Attorneys for Plaintiffs
ORACLE USA, INC., and
ORACLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>QTRAX, INC., a Delaware corporation,<br><br>Defendants. | Case No: C 09-3334 SBA (BZ)<br><br>**AMENDED JUDGMENT** |

In accordance with the Court's Order Accepting Report and Recommendation,

IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Plaintiffs Oracle USA, Inc., and Oracle International Corporation against Defendant Qtrax, Inc., in the amount of $1,883,591.55 in compensatory damages, along with prejudgment interest at a simple interest rate of 7% per year from the date of breach to the date of Judgment. Plaintiffs shall be required to pay the sales tax, or a prorated portion of the sales tax, each time they receive any payment from Defendant.

2. Defendant Qtrax, Inc., and its officers, agents, servants, employees, partners, subsidiaries, and attorneys, and all persons acting in concert with any one

1  or more of them, or on their respective behalf, are permanently restrained and
2  enjoyed from using, copying, or otherwise exploiting or infringing Plaintiffs'
3  copyrighted programs; and Defendant shall immediately return to Plaintiffs all
4  copies of Plaintiffs' copyrighted programs that Defendant has in its possession,
5  custody, or control.  The injunctive relief afforded under this Order is stayed for
6  forty-five (45) days from the date this order is filed to provide the parties with an
7  opportunity to reach an agreement with respect to the outstanding debt or
8  Defendant's continued use of Plaintiff's copyrighted programs.
9 IT IS SO ORDERED.
10 Dated:  6/6/12

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG,
United States District Judge